ADAM K. BULT, ESQ., Nevada Bar No. 9332
abult@bhfs.com
TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
tchance@bhfs.com
CHELSEE C. JENSEN, ESQ., Nevada Bar No. 14549
cjensen@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106
Telephone:     702.382.2101
Facsimile:     702.382.8135

*Attorneys for Plaintiff Sierra Summit, LLC*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SIERRA SUMMIT, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>HUMPHREYS & PARTNERS<br>ARCHITECTS, NEVADA, LLC,<br><br>*Defendant*. | CASE NO.: 2:24-cv-01253-JAD-MDC<br><br>**STIPULATION & ORDER TO<br>EXTEND DEADLINE TO<br>RESPOND TO DEFENDANT'S<br>MOTION FOR JUDGMENT ON<br>THE PLEADINGS**<br><br>**(FIRST REQUEST)**<br><br>ECF No. 26 |

Plaintiff Sierra Summit, LLC ("**Plaintiff**"), by and through its undersigned counsel of record, and Defendant Humphreys & Partners Architects, Nevada, LLC ("**Defendant,**" together with Plaintiff, the "**Parties**"), by and through its counsel of record, hereby stipulate to extend the deadline for Plaintiff to respond to Defendant's Motion for Judgment on the Pleadings (ECF No. 25, filed April 15, 2025) as follows:

1.     Defendant filed its Motion for Judgment on the Pleadings ("**Motion**") on April 15, 2025. ECF No. 25.

2.     The current deadline for Plaintiff to respond to the Motion is April 29, 2025 ("**Response Deadline**"). *See* LR 7-2(b) ("[T]he deadline to file and serve any points and authorities in response to [all other motions besides a motion for summary judgment] is 14 days after service of the motion.").

.   .   .

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

33509262

3.      However, Plaintiff's counsel has prearranged travel that affects counsel's ability to file a response by the Response Deadline.

4.      Thus, pursuant to LR IA 6-1, the Parties stipulate to extend the Response Deadline by one week: from April 29, 2025 to May 6, 2025 (**"Extended Response Deadline"**).

5.      The Parties have also stipulated to an extended time for Defendant to file a reply brief, and such reply shall be due on May 20, 2025 ("**Extended Reply Deadline**").

6.      This is the Parties first stipulation for an extension of time to the briefing schedule on Defendant's Motion, including the Response Deadline.


DATED: April 25, 2025

BROWNSTEIN HYATT FARBER SCHRECK, LLP


BY: */s/ Chelsee C. Jensen*
ADAM K. BULT, ESQ.
Nevada Bar No. 9332
TRAVIS F. CHANCE, ESQ.
Nevada Bar No. 13800
CHELSEE C. JENSEN, ESQ.
Nevada Bar No. 14549

*Attorneys for Plaintiff*

DATED: April 25, 2025

OLSON CANNON & GORMLEY


BY: */s/ Max E. Corrick*
MAX E. CORRICK, II, ESQ.
Nevada Bar No. 6609

*Attorneys for Defendant*

**ORDER**

    **IT IS SO ORDERED**.


_____
            U.S. DISTRICT JUDGE
            4/30/25, *nunc pro tunc to* 4/29/25

Submitted By:
BROWNSTEIN HYATT FARBER SCHRECK LLP

BY: */s/ Chelsee C. Jenden*
ADAM K. BULT, ESQ.
Nevada Bar No. 9332
TRAVIS F. CHANCE, ESQ.
Nevada Bar No. 13800
CHELSEE C. JENSEN, ESQ.
Nevada Bar No. 14549
*Attorneys for Plaintiff Sierra Summit, LLC*

2

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

33509262