UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Sierra Summit, LLC, | Case No.: 2:24-cv-1253-JAD-MDC |
| Plaintiff | |
| v. | |
| Humphreys & Partners Architects, Nevada, LLC, | **Order Transferring Case to Unofficial Northern Division** |
| Defendant | |

Sierra Summit, LLC sues Humphreys & Partners Architects, Nevada, LLC for breach of contract and negligence arising out of their agreement to build an apartment complex in Reno, Nevada.[1] The allegations center squarely on property situated, and agreements made, in Reno, which is located in Washoe County. This district has two unofficial divisions: the southern division, which presides over cases arising in Clark, Esmeralda, Lincoln, and Nye counties; and the northern division, which presides over cases from the remaining counties.[2] Under Local Rule IA 1-8(a), civil actions "must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose."[3] Because this action arose in the northern division's Washoe County, **the Clerk of Court is directed to transfer and reopen this matter as a new action under a new docket number in the northern division**, and close this docket number without prejudice to Sierra Summit, LLC regarding any limitation period and filing fee.

_____
U.S. District Judge Jennifer A. Dorsey
September 19, 2025

---

[1] ECF No. 1.
[2] L.R. IA 1-6.
[3] L.R. IA 1-8(a).